FILED

CLERK, U.S. DISTRICT COURT

AUG - 9 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____RS____ DEPUTY

Alan Charles Johnson, J.R.
(Name)
FCI Herlong, P.O. Box 800
(Address)
Herlong, CA 96113
(City, State, Zip)
24862-111
(CDCR / Booking / BOP No.)

# United States District Court
## Central District of California

Alan Charles Johnson JR.
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

Dr. Dhaliwal,
Mrs. Hoen, P.A-C,
BOP Administrative Health Serv.
(Enter full name of each defendant in this action.)

Defendant(s).

2:21-CV-06526-SB-AS

Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983 - Bivens
Six unknown Agents
403 U.S. 388 (1971)

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below. Jurisdiction is as stated above

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, Alan C. Johnson, JR.
(print Plaintiff's name)
Plaintiff , who presently resides at F.C.I Herlong, P.O. Box 800
(mailing address or place of confinement)
Herlong, California 96113 , were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Lompoc FCI
3901 Klein Blvd on (dates) 8-30-19 , _____, and _____.
(institution/place where violation occurred)      (Count 1)      (Count 2)      (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant Dr. Dhaliwal work resides in Santa Barbara .
                (name)                                (County of residence)
and is employed as a Medical Doctor                . This defendant is sued in
                        (defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: This defendant was the attending
medical professional on duty at the time
of the incident in question, and did administer
                                                    medication

Defendant Mrs. Hoen PA-C work resides in Santa Barbara .
                (name)                                (County of residence)
and is employed as a Medical PA                    . This defendant is sued in
                        (defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: This defendant while acting in a pro-
fessional capacity, did agree and concur with
defendant No. 1, in prescribing the wrong medication

Defendant Lompoc Medical Dept. resides in Santa Barbara .
                (name)                                (County of residence)
and is employed as a The Medical Dept            . This defendant is sued in
                        (defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: The Medical Dept's (Supervisor) is respon-
sible for (all) of its employees and personnel, and
as such are responsible for their actions      .

Defendant _____ resides in _____,
                (name)                                (County of residence)
and is employed as a _____ . This defendant is sued in
                        (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _____

_____

_____

§ 1983 SD Form
(Rev. 8/15)                                    2

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Plaintiff asserts that

his Eighth Amendment an 14 Amend's were violated

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.] Plaintiff states and asserts the following: The Health Services Department acted negligently where they did fail to "review" my medical chart sufficiently, resulting in a wrong/prohibited medication being administered to Plaintiff — which did further damage and exascorbate Plaintiff's already fragil medical condition. Plaintiff asserts that "where" his medical condition was (clearly) noted and documented, knowledge of a (prior) kidney surgery performed in 2019, a few months prior. It was advised on Plaintiff's chart that: Due to pre-existing kidney problems, Plaintiff was not to consume (Ibuprofen) or anything containing said-substance. However, despite the information being in Plaintiff's Med. file, he was prescribed "Indomethacin" on 8-30-19. This medication did cause Plaintiff unbearable pain and suffering. Plaintiff asserts that prior to the above prescribed medication that he did not have any signs, and/or detections of stage 2 kidney disease. Plaintiff asserts that the (Indomethacin) did cause his condition to become worse. Plaintiff states that the (BOP)'s Admin. health Services are liable due to their negligence.

Count 2: The following civil right has been violated: Plaintiff's 14th Amend-
ment right to "Equal Protection" under the law.

(E.g., right to medical care, access to courts,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Plaintiff states that his Fourteenth Amendment right was violated by the medical Dept.'s deliberate indifference to his specific medical condition. Failing to read or review ones medical file prior to proscribing "any" perscription medication. Where the elementary principles of the cruel and unusual punishment clause of the Eighth Amendment establishes the governments obligation to provide medical care for those whom it is punishing by incarceration, it is obvious that Plaintiff was not given consideration. Plaintiff asserts that Dr. Dhaliwal, and Mrs. Hoen - PA-C are responsible for giving me a harmful medication, which was not compatable with my medical condition, and that their actions were negligent, and shows a deliberate indifference. Where my condition "now" is uncureable, and renders me more suseptiable to other illnesses and even COVID-19 and the very real possibility of kidney failure.

Count 3:  The following civil right has been violated:___(None)___

(E.g., right to medical care, access to courts,

_____.

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

§ 1983 SD Form
(Rev. 8/15)

5

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit: *Plaintiff states that he is filing another suit contemporaneously with this one*
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____ *N/A* _____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

(d) Issues raised: _____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

*Plaintiff asserts that he has/did exhaust his administrative remedies.*

§ 1983 SD Form
(Rev. 8/15)

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

      1. An injunction preventing defendant(s):

From future mistreatment of other inmates in their care

      2. Damages in the sum of $ 5,000,000 .

      3. Punitive damages in the sum of $ 50,000 .

      4. Other: Compensation for future medical bills and assistance (unknown) .

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐  Plaintiff consents to magistrate judge jurisdiction as set forth above.    **OR**    ☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

July 10 2021
Date

X _Signature of Plaintiff_

# Affidavit Of

## Alan Charles Johnson, Jr.

Plaintiff alleges the following statement pursuant to § 28 USC 1746, under penalty of perjury.

Where the Medical Department at United States Federal Prison, Lompoc, California - BOP Health Services - did fail to take notice of "documented medical Knowledge concerning (a prior Kidney surgery, which I had undergone in 2019, and was instructed and advised not to consume any (Ibuprofen) or any prescription medication (containing) said medication. This was due to my pre-existing Kidney condition. This (same) information was well documented and explained in my medical file.

Nonetheless, and inexplicably The medical Dept. at Lompoc

-1-

FCI did prescribe me a prescription for "Indomethacin" on 08/30-2019. Not being aware that indomethacin contained Ibuprofen, I took the medicine as prescribed. However I became very ill, suffering unspeakable pain, chills or fever alternately, and in general being ill.

Prior to this, I had "no signs and/or no detections" of stage 2 kidney disease/failure.

It is my contention that the Health Services Department, that they are liable for my health becoming worse, but for their negligence and failure to provide, in a timely manner the proper medical treatment, needed for my condition I would not have suffered kidney damage further.

Where I was suffering with pain and discomfort, the medical Dept.

-2-

Did refuse to immediately pro-
vide the emergency medical
attention I needed. This amounted
to deliberate indifference, an
Eighth Amendment violation

By claiming medical negligence
with supporting facts, I do not
have to include a "medical prof-
essional's merit affidavit." Where
the Sexth Circuit noted that, if
the Federal Rules of Civil Proc-
edure do not require such a
merit affidavit and those rules
are valid under the Constitution
and Rules Enabling Act, then
federal rules not Ohio Rules
10(D)(2), must be applied. Federal
Rules do not require an affidavit
to state a "medical negligence
claim" Due to Rule 8(a), which
sets out pleading requirements

Likewise, Rule 12 requires only
an allegation of facts "sufficient
to state a claim to relief that is

-3-

plausible on its face." The few instances when heightened pleading is required are listed in Rule 9, (but as this case) "medical negligence is not among them." The Federal Rules are presumptively valid under the Constitution and Rules enabling Act. There is no challenge to their validity in this "clear medical negligence case".

Respectfully submitted

Alan C. Johnson Jr.
Reg. No. 24862-111
X

07/08/2021

-4-

Alan Charles Johnson. JR.
Reg.# 24862-111
F.C.I. Herlong, P.O. Box 800
Herlong, California, 96113



C/o Clerk
United S
Centr
350 We
Los An



UNITED STATES
POSTAL SERVICE

1000

Legal-Mail



CERTIFIED MAIL™

7005 0390 0003 1520 4500

RECEIVED
CLERK, U.S. DISTRICT COURT

AUG - 9 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

...of The Court
...tates District Court
...l District Of California
...st 1st Street, Suite 4311
...geles, California 90012-4565

U.S. POSTAGE PAID
FCM LG ENV
HERLONG, CA
96113
JUL 15, 21
AMOUNT
$0.00
R2304Y122315-99

90012

FCI/FPC Herlong, P.O. Box 900, Herlong, CA 96113

Date _____

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened, nor inspected. If there is a question of which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."

2-15-21