JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN CHARLES JOHNSON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>DR. DHALIWAL and PA-C LISA HOEN,<br><br>Defendants. | Case No. CV 21-06526-SB (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting in Part the Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed without prejudice.

DATED: March 11, 2023

_____
STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE